# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL RAMSHAW, et al., | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| v. | ) | Case No. 4:20-CV-359-NAB |
| BERNHARD EHRET, et al., | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on attorney Matthew A. Martin's ("Martin") Motion to Withdraw as Counsel and attorney Steven H. Jesser's ("Jesser") Motion to Withdraw. (Docs. 48, 50.) Martin seeks to withdraw as counsel for Plaintiffs/Counter-Defendants Michael Ramshaw, Midamerica Equipment Solutions, LLC, and GEP America LLC (collectively, "Plaintiffs"). Defendants have not filed a response to Martin's motion. Attorney Peter C. Woods has represented Plaintiffs since the filing of this case and will remain as counsel on behalf of Plaintiffs. The Court will grant Martin's motion.

Jesser seeks to withdraw as counsel for Defendants/Counter-Plaintiffs Bernhard Ehret and Global Ehret Processing Technology d/b/a GEP Germany GMBH (collectively, "Defendants"). The motion states that Jesser cannot engage in the upcoming depositions, pre-trial proceedings, and trial in the present relationship between him and his clients. Plaintiffs filed a response in which they highlighted discovery delays and discovery issues that remain pending. (Doc. 51.) The Court withheld ruling on Jesser's motion in order to allow time for Defendants to find new counsel. (Doc. 53.) On November 4, 2021, attorney Joe Jacobson entered an appearance on behalf of Defendants. (Doc. 59.) Because Defendants will be able to participate in this litigation through attorney Jacobson, the Court will grant Jesser's motion.

In the September 24, 2021 Order, the Court acknowledged the First Amended Case Management Order. (Doc. 47.) The Court also stayed the ADR referral that was scheduled to begin on September 27, 2021. The undersigned will hold a status conference to discuss scheduling with remaining counsel. The parties shall meet and confer before the conference and shall be prepared to discuss the status of discovery and other pending deadlines, including when mediation will be appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Matthew A. Martin's Motion to Withdraw as Counsel (Doc. 50) is **GRANTED.** Plaintiffs/Counter-Defendants Michael Ramshaw, Midamerica Equipment Solutions, LLC, and GEP America LLC will continue to be represented by attorney Woods.

**IT IS FURTHER ORDERED** that attorney Steven Jesser's Motion to Withdraw as Attorney (Doc. 48) is **GRANTED**. Defendants/Counter-Plaintiffs Bernhard Ehret and Global Ehret Processing Technology d/b/a GEP Germany GMBH will continue to be represented by attorney Jacobson.

**IT IS FURTHER ORDERED** that a status conference is **SET** for **Tuesday, November 16, 2021 at 10:00 a.m.** using ZoomGov. The parties will receive an email with a link to join the conference by Zoom. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of November, 2021.

2